**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Energy XXI Gulf Coast, Inc. and Energy XXI GIGS
                            Services, LLC

Appellate case number:     01-19-00228-CV

Trial court case number:   2019-20787

Trial court:               11th District Court of Harris County

Relators, Energy XXI Gulf Coast, Inc. and Energy XXI GIGS Services, LLC, have filed a petition for a writ of mandamus challenging the trial court's order granting a temporary restraining order. Relators also have filed an emergency motion for temporary relief, seeking to stay the temporary restraining order. Relators' motion is **granted**. The trial court's March 28, 2019 order granting a temporary restraining order in Cause No. 2019-20787, pending in the 11th District Court of Harris County, Texas, is stayed. The stay is effective until disposition of relators' petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition for a writ of mandamus from real parties in interest. The response if any, is due no later than Monday, April 15, 2019.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually     ☐ Acting for the Court

Date:   __April 1, 2019_____